ERNES REALTY CORPORATION, Plaintiff, *v.* JACOB BRENNER et al., Defendants.
HYMAN DERKATCH, Respondent; BERNARD BESDINE, as Receiver, Appellant.

(Submitted May 22, 1933; decided May 24, 1933.)

*Forrest S. Chilton* for motion.

*Charles J. Beckinnella* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.